UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:

GUYANA TELEPHONE AND Case No. 6:19-mc-30-Orl-37LRH
TELEGRAPH COMPANY, LIMITED

_____

# ORDER

Guyana Telephone and Telegraph Company, Limited ("**GTT**") moved *ex parte* pursuant to 28 U.S.C. § 1782 for an order to conduct discovery in relation to ongoing litigation in Guyana. (Doc. 6 ("**Application**").) GTT has asked the Court for an order permitting GTT to serve a subpoena on Florida-based company Telco, for call records relating to in-bound and out-bound calls to and from Guyana. (*Id.*; Doc. 6-2, p. 6.) On referral, U.S. Magistrate Judge Leslie R. Hoffman recommends granting the Application. (Doc. 7 ("**R&R**").)

GTT did not object to the R&R, and the time for doing so has now passed. Absent objections, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no such error, the Court concludes that the R&R is due to be adopted in its entirety.[1]

---

[1] The Court notes there may be a typographical error in GTT's appendix to the attached subpoena. (*See* Doc. 6-2, p. 6.) GTT requests "Call detail records that show all inbound international telephone calls placed by telephones *in* Guyana." (*id.* (emphasis added)), but GTT should likely request records of inbound international calls to Guyana by telephones outside Guyana.

-1-

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. U.S. Magistrate Judge Leslie R. Hoffman's Report and Recommendation (Doc. 7) is **ADOPTED, CONFIRMED**, and made a part of this Order.

2. The Renewed *Ex Parte* Application of Guyana Telephone and Telegraph Company, Limited for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding (Doc. 6) is **GRANTED**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on September 27, 2019.

ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record